NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID OMAR MENDOZA,       )
                                           )

        Petitioner,               )

                                           )

v.                                    )        Case No. 2D19-1098

                                         )

STATE OF FLORIDA,            )

                                         )

        Respondent.          )

_____)

Opinion filed August 30, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County;
Christopher C. Nash, Judge.

Julianne M. Holt, Public Defender, Tampa,
for Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.


        Denied.


SILBERMAN, VILLANTI, and SLEET, JJ., Concur.